## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

DEBORAH LAUFER,

              Plaintiff,

v.

145 DEAN DRIVE LLC,

              Defendant.

Civil Action No.

20-10325 (SDW) (LDW)

**60-DAY ORDER ADMINISTRATIVELY TERMINATING ACTION**

The parties having informed the Court that they have reached a settlement in principle (ECF No. 11);

**IT IS, on this 19th day of November 2020,**

**ORDERED** that this action and any pending motions are hereby administratively terminated; and it is further

**ORDERED** that this shall not constitute a dismissal Order under Federal Rule of Civil Procedure 41; and it is further

**ORDERED** that within 60 days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if settlement cannot be consummated, request that the action be reopened; and it is further

**ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action within the 60-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

                       _s/ Leda Dunn Wettre_____
                       Hon. Leda Dunn Wettre
                       United States Magistrate Judge