### IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

DEBORAH LAUFER,

    Plaintiffs,

v.

145 DEAN DRIVE LLC,

    Defendant.

_____

Case No.: 2:20-cv-10325

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant in this matter are dismissed, with prejudice, and that each party shall bear its/his own attorney fees, costs and expenses of litigation.

Respectfully submitted on December 1, 2020.

| | |
|---|---|
| */s/ Tristan W. Gillespie* <br> Tristan W. Gillespie | */s/ Peter Thomas Shapiro* <br> Peter Thomas Shapiro |
| THOMAS B. BACON, P.A. <br> 5150 Cottage Farm Rd. <br> Johns Creek, GA 30022 <br> Gillespie.tristan@gmail.com <br> 404-276-7277 | LEWIS, BRISBOIS, BISGAARD & SMITH, LLP <br> 77 Water Street <br> New York, NY 10005 <br> (212) 232-1322 <br> peter.shapiro@lewisbrisbois.com |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |