# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

DEBORAH LAUFER,

      Plaintiffs,

v.

145 DEAN DRIVE LLC,

      Defendant.

_____

Case No.: 2:20-cv-10325

SO ORDERED.

s/Susan D. Wigenton
Hon. Susan D. Wigenton
United States District Judge
Dated: December 2, 2020

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendant hereby file this Joint Stipulation of Dismissal with Prejudice, showing this Court as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all parties voluntarily stipulate that all claims, disputes, and controversies between Plaintiff and Defendant in this matter are dismissed, with prejudice, and that each party shall bear its/his own attorney fees, costs and expenses of litigation.

Respectfully submitted on December 1, 2020.

/s/ Tristan W. Gillespie
Tristan W. Gillespie

THOMAS B. BACON, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022
Gillespie.tristan@gmail.com
404-276-7277

ATTORNEYS FOR PLAINTIFF

/s/ Peter Thomas Shapiro
Peter Thomas Shapiro

LEWIS, BRISBOIS, BISGAARD &
SMITH, LLP
77 Water Street
New York, NY 10005
(212) 232-1322
peter.shapiro@lewisbrisbois.com

ATTORNEYS FOR DEFENDANT